IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ACCIDENT FUND INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 2:22-cv-2115-SHL-cgc |
| GRAYS FRAMING, LLC and DAYANA ZAVALA, | )<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed February 23, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with prejudice, (ECF No. 35-1), filed September 12, 2022, all claims by Plaintiff against all Defendants are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

September 12, 2022
Date